737 A.2d 733

COMMONWEALTH of Pennsylvania, Appellant,

v.

Michael B. HUFFMAN, Appellee.

Supreme Court of Pennsylvania.

Submitted Aug. 9, 1999.

Decided Sept. 8, 1999.

Marshall J. Piccinini, Erie, Robert A. Graci, Harrisburg, for the Com.

William J. Hathaway, Erie, for Michael B. Huffman.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO NEWMAN and SAYLOR, JJ.

## *ORDER*

PER CURIAM.

Based upon our disposition in *Commonwealth v. Williams,* 557 Pa. 285, 733 A.2d 593 (1999), we affirm the Order of the Erie County Court of Common Pleas dated September 18, 1998. Furthermore, we remand the matter to the common pleas court for disposition of any remaining issues.

Jurisdiction is relinquished.